IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| WILLIAM KELLY MESSER II, | ) | |
| Plaintiff, | ) | 4:10CV3171 |
| v. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) | ORDER ON MOTION FOR LEAVE TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEE OR COST |
| Defendant. | ) | |

    IT IS ORDERED that the plaintiff's Motion for Leave to Proceed in District Court Without Prepaying Fee or Cost, filing 2, is granted.

    Dated August 31, 2010.

                                        BY THE COURT

                                        s/ Warren K. Urbom
                                        United States Senior District Judge