IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM KELLY MESSER II,         )<br>                                                          )<br>            Plaintiff,            )<br>                                                          )<br>       v.                                          )<br>                                                          )<br>MICHAEL J. ASTRUE, Commissioner of )<br>Social Security Administration,  )<br>                                                          )<br>            Defendant.            )<br>                                                          ) | 4:10CV3171<br><br><br><br><br>ORDER TO SHOW CAUSE |

    By the order of March 8, 2011, this case was deemed to be submitted at the expiration of the time period within which the plaintiff could file a reply brief. That period of time has come and gone. The plaintiff has filed no such brief.

    IT IS ORDERED that on or before July 6, 2011, the plaintiff shall show cause, if there be any cause, why his claim should not be dismissed with prejudice.

    Dated June 7, 2011.

                                             BY THE COURT

                                             s/ Warren K. Urbom
                                             United States Senior District Judge